TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
CHRISTOPHER W. HOLLIS, ILBN 6283101
Trial Attorney

    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-0899; FAX: (202) 616-8962

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YEHUDA AVITAN,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., United States Attorney General; JANET NAPOLITANO, Secretary, Department of Homeland Security; ROBIN BARRETT, Director, United States Citizenship and Immigration Services San Francisco District Office,<br><br>    Defendants. | No. 10-cv-3288 (JCS)<br><br>**STIPULATION TO EXTEND TIME TO ANSWER** |

    On July 27, 2010, Plaintiff filed his Complaint for Declaratory and Injunctive Relief in this action. The United States Attorney's Office was served on August 18, 2010. Defendants' response is currently due October 18, 2010. Pursuant to Civil L.R. 6-1(a), the parties hereby

//

//

1 | stipulate to extend time for Defendants to respond to the Complaint from October 18, 2010, to
2 | November 1, 2010.

Dated: October 7, 2010             Respectfully submitted,

                                   TONY WEST
                                   Assistant Attorney General

                                   DAVID J. KLINE
                                   Director, District Court Section

                                   VICTOR M. LAWRENCE
                                   Principal Assistant Director

                                   THEODORE W. ATKINSON
                                   Senior Litigation Counsel

                       By:         /s/ Christopher W. Hollis
                                   CHRISTOPHER W. HOLLIS
                                   Trial Attorney
                                   Office of Immigration Litigation
                                   District Court Section
                                   U.S. Department of Justice
                                   P.O. Box 868, Ben Franklin Station
                                   Washington, D.C. 20044
                                   (202) 305-0899; 616-8962 (FAX)
                                   christopher.hollis@usdoj.gov

Dated: October 7, 2010             /s/ Love Macione
                                   LOVE MACIONE, Esq.
                                   SAAD AHMAD & ASSOCIATES
                                   39159 Paseo Padre Pkwy., Ste. 307
                                   Fremont, CA 94538
                                   (510) 713-9847; 713-9850 (FAX)
                                   lmacione@yahoo.com

Dated: 10/07/10

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA